# AMENDMENT COVER SHEET

TRUSTEE _____    CASE NUMBER 01-31352

DEBTOR LAST NAME Chatwin    CHAPTER 13

FILED
UNITED ...
BANKRUPTCY ...
DIST ...
AUG 8  3 45 PM '01
BY _____ DEPUTY CLERK

PLEASE CHECK WHAT IS BEING AMENDED! PLEASE CONSPICUOUSLY <u>CIRCLE OR UNDERLINE</u> AMENDED MATERIAL WHEN APPROPRIATE:

(1.) PETITION: X *as to original signatures* REOPENING: Yes __ No __ CONVERSION (13 to 7): Yes __ No __
   When changing debtor's address, please file separate change of address form.
   When amending, please submit the changes/additions <u>only</u>!

2. SCHEDULES: A __ B __ C __ D __ E __ F __ G __ H __ I __ J __
   Are you changing the address, amounts, etc. or adding a creditor?
   Changing __    Adding __

3. AMENDED AMOUNTS/TOTALS OF SCHEDULES: __
4. STATEMENT OF AFFAIRS: __
5. AMENDED CHAPTER 13 PLAN AND/OR BUDGET: __

If you have amended schedules D, E, F by adding a creditor, you owe a $20.00 amendment fee. $20.00 fee attached ____

If schedules D, E, F were amended but no creditors added, no fee is necessary.
No fee attached ____
REASON NO FEE SUBMITTED:
_____
_____
_____

It is the <u>responsibility of the debtor</u> to notify additional creditors by sending a 341 notice and/or Discharge Order to the individuals or companies added to the schedules/matrix.
A certificate of mailing in regard to this notification should be filed with the Clerk's office (see below).

U.S. Trustee's Office and Trustee in the case supplied copies of amendment(s)? ____ ____
                                                                              YES   NO

_____
ATTORNEY FOR DEBTOR(S)

I declare under penalty of perjury that the information provided in this attached amendment is true and correct.

_____ _____    _____ _____
Debtor          Date               Debtor          Date

## CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the foregoing was mailed, postage prepaid, to creditors of this estate as follows (please mark the appropriate line(s):

__ 341 Meeting Notice to creditors added by this amendment.
__ Discharge Notice to creditors added by this amendment.
__ Amended Chapter 13 Plan to all creditors.

_____        _____
DATED                  ATTORNEY FOR DEBTOR(S)

0131352D2

| Voluntary Petition (This page must be completed and filed in every case) | Name of Debtor(s): Stefan T. Chatwin | FORM B1, Page 2 |
|---|---|---|

| Prior Bankruptcy Case Filed Within Last 6 Years (if more than one, attach additional sheet) |||
|---|---|---|
| Location Where Filed: See Attached Sheet | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (if more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7,11,12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specific in this petition.

X _[signature]_
Stefan T. Chatwin

X **Not Applicable**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

8/6/2001
Date

### Signature of Debtor (Corporate/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Authorized Individual

**Not Applicable**
Print or Type Name of Authorized Individual

**Not Applicable**
Title of Authorized Individual

Date

### Signature of Attorney

X _____
Brian D. Johnson
**Brian D. Johnson USB# 6754**
Printed Name of Attorney for Debtor(s)
**Express Law**
Firm Name
**9 Exchange Place, Suite 200**
Address
**Salt Lake City, UT 84111**

**(801)596-9400**
Telephone Number

Date

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
[ ] Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under such chapter.

X _____
Brian D. Johnson            Date

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Not Applicable**
Printed Name of Bankruptcy Preparer

Social Security Number

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

**Not Applicable**

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court
# Notice To Individual Consumer Debtor

> The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

**Chapter 7: Liquidation ($155.00 filing fee plus $30 administrative fee plus $15 trustee surcharge)**

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to a valid security interest. Your attorney can explain the options that are available to you.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155.00 filing fee plus $30.00 administrative fee)**

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

**Chapter 11: Reorganization ($830.00 filing fee)**

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer ($200.00 filing fee)**

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to a chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family owned farm.

I, the debtor, affirm that I have read this notice.

_8/6/2001_
Date

_[signature]_
Stefan T. Chatwin, Debtor

_____
Case Number

UNITED STATES BANKRUPTCY COURT

District of Utah

Central Division

In re:  Stefan T. Chatwin
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

Case No. _____
Chapter 13

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: __8/6/2001__          Signed: _____
                                        Stefan T. Chatwin