Jory Trease, #4929
EXPRESS LAW LEGAL CENTER, P.C.
9 Exchange Place, Suite 200
Salt Lake City, Utah 84111
Telephone: (801) 596-9400

FILED IN THE
UNITED STATES
BANKRUPTCY COURT
DISTRICT OF UTAH

JAN 15  4 20 PM '02

WILLI... ...AUER
... ...URT

BY _____
    DEPUTY CLERK

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| IN RE: | ) | |
|---|---|---|
| Stefan Chatwin, | ) | Bankruptcy No. 01C-31352 |
| | ) | |
| Debtor. | ) | (Chapter 13) |
| | ) | |

MOTION TO CONVERT AND REQUEST FOR
ALLOWANCE OF ADMINISTRATION EXPENSES IN FAVOR OF
THE DEBTOR'S ATTORNEY

COMES NOW the Debtor, Stefan Chatwin, by and through counsel Jory Trease, and hereby moves this Court for an Order converting this Chapter 13 case to one under Chapter 7 of the Bankruptcy Code pursuant to 11 U.S.C. §1307. Counsel, Jory Trease, also requests an allowance up to $1000.00 in attorney fees as an administrative expense.

DATED this 15 day of Jan, 2002

_____
Jory Trease
Attorney for Debtor

MAILING CERTIFICATE

Under penalty of perjury, I hereby certify that on this 15 day of Jan, 2002, I mailed, postage prepaid, a true and correct copy of this Notice to Kevin Anderson, 32 Exchange Place, Suite 600, Salt Lake City, UT 84111, and to Stefan Chatwin, 993 E. 250 S., Orem, UT 84097.

DATED: 1/15/02              _____

0131352D14