Jory Trease (4929)
EXPRESS LAW LEGAL CENTER
9 Exchange Place, Suite 200
Salt Lake City, Utah 84111
Telephone: (801) 596-9400

FILED IN THE
UNITED STATES
BANKRUPTCY COURT
DISTRICT OF UTAH

FEB 4  4 27 PM '02

WILLIAM T. THURMAN
CLERK OF COURT

BY _____ DEPUTY CLERK

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In Re:  Stefan T. Chatwin | Case No. 01-31352<br>Chapter 13 |
|---|---|
| Trustee Kevin R. Anderson | Judge Glen E. Clark |

### OBJECTION TO TRUSTEE'S MOTION TO DISMISS

**COMES NOW** the Debtor and hereby objects to the Trustee's pending Motion for Dismissal of this case.

The Debtor intends to convert this Chapter 13 case to one under Chapter 7. The present Objection is submitted solely to protect the Debtor's case from being administratively dismissed for failure to respond.

**RESPECTFULLY SUBMITTED and DATED** this ____ day of _____, 2002.

_____
Jory Trease
Attorney for Debtor

0131352D17

## MAILING CERTIFICATE

I hereby certify that a copy of the Declaration of Filed Tax Returns was delivered via hand delivery on this 4th day of Feb, 2002.

Kevin Anderson
32 Exchange Place, Ste. 600
SLC, UT 84111

U.S. Trustee
9 Exchange Place, Ste. 100
SLC, UT 84111

*Tyler Montrose* (signature)