Kevin R. Anderson, Bar #4786
STANDING CHAPTER 13 TRUSTEE
32 Exchange Place, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898

FILED IN THE
UNITED STATES
BANKRUPTCY COURT
DISTRICT OF UTAH

MAR 14  3 49 PM '02

WILLIAM ... BAUER
... COURT

BY _____ DEP ... CLERK

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| IN RE: STEFAN T. CHATWIN | Case No. 01C-31352 |
|---|---|
| Social Security No. 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 | Chapter 13 |
| | Judge GLEN E. CLARK |

## FINAL ACCOUNT OF TRUSTEE AND PETITION FOR FINAL DECREE

COMES NOW Petitioner and Trustee, Kevin R. Anderson, and shows the Court that:

1. The above-entitled case was converted to a case under Chapter 7 by Order dated Jan 24, 2002.

Payments were made to and received by the Trustee between the time of the First Meeting of Creditors and this date. The final account is as follows:

| | |
|---|---|
| **Receipts from debtor plus interest:** | $ 527.61 |
| Disbursements - Secured | $ .00 |
| Disbursements - Adequate Protection | $ .00 |
| Disbursements - Unsecured | $ .00 |
| Disbursements - Priority/Administrative | $ .00 |
| Trustee Fees and Expenses | $ 36.93 |
| Debtor's Attorney Fees | $ 490.68 |
| Debtor Refund / Garnishment or Levy | $ .00 |
| **Total Funds on Hand** | $ .00 |

WHEREFORE, Petitioner prays that a final decree be entered discharging Petitioner as Trustee, releasing petitioner and his surety from any and all liability under his bond on account of the above-entitled proceeding, and for other and further relief as may be just and proper.

DATED 03/13/02 .

*Kevin R. Anderson*

KEVIN R ANDERSON,
Stand...

0131352D20

## CERTIFICATE OF MAILING

I the undersigned, an employee of the Standing Chapter 12/13 Trustee do hereby certify that a true and correct copy of the foregoing Final Account of Trustee and Petition for Final Decree, was properly addressed, posted in the U.S. Mail, first-class, postage prepaid, on the __14__ day of __March_____, 2002 to the following parties at the addresses listed below:

STEFAN T. CHATWIN
\*\*NEED CURRENT ADDRESS\*\*

EXPRESS LAW
9 EXCHANGE PLACE SUITE #200
SALT LAKE CITY, UTAH  84111

_____
Employee of Office of
Standing Chapter 13 Trustee