IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
AMENDMENT COVER SHEET

TRUSTEE **Marker**   CASE NUMBER **01-31352**

DEBTOR NAME **Chatwin**   CHAPTER **7**

For Court Use Only

FILED
UNITED ... BANKR...
DI...
MAY 2  1 43 PM '02
WILL...
OF...
BY _____
DEPUTY CLERK

---

PLEASE CHECK WHAT IS BEING AMENDED! PLEASE CONSPICUOUSLY CIRCLE OR UNDERLINE AMENDED MATERIAL WHEN APPROPRIATE:

1. PETITION: ___ REOPENING: Yes ___ No ✓ CONVERSION (13 to 7): Yes ✓ No ___
   When changing debtor's address, please file separate change of address form.
   When amending, please submit the changes/additions only!

2. SCHEDULES: A___ B___ C___ D___ E___ F ✓ G___ H___ I___ J___
   Are you changing the address, amounts, etc. or adding a creditor?
   Changing _____   Adding ✓

3. AMENDED AMOUNTS/TOTALS OF SCHEDULES: ✓
4. STATEMENT OF AFFAIRS: ___
5. AMENDED CHAPTER 13 PLAN AND/OR BUDGET: ___

**Statement of Intention Attached ✓**

It is the responsibility of the debtor to notify additional creditors by sending a 341 notice and/or Discharge Order to the individual or companies added to the schedules/matrix.
A certificate of mailing in regard to this notification should be filed with the Clerk's office (see below).

U.S. Trustee's Office and Trustee in the case supplied copies of amendment(s)? ✓
                                                                           YES    NO

If you have amended schedules D, E, F by adding a creditor, you owe a $20.00 amendment fee. $20.00 fee attached _____

If schedules D, E, F were amended but no creditors were added. No fee necessary. ✓
No fee attached ✓
REASON NO FEE SUBMITTED:
**Conversion**

_____
ATTORNEY FOR DEBTOR (S)

I declare under penalty of perjury that the information provided in this attached amendment is true and correct.

_____  _____  _____  _____
Debtor             Date               Debtor             Date

---

CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the foregoing was mailed, postage prepaid, to creditor of this as follows (please mark appropriate line(s):

___ 341 Meeting Notice to creditors added by this amendment.
___ Discharge Notice to creditors added by this amendment.
___ Amended Chapter 13 Plan to all creditors.

DATED                                    ATTORNEY FOR DEB

0131352D25

In re:   Stefan T. Chatwin
         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

Case No. 01C-31352

# Amended Schedule F - Creditors Holding Unsecured Nonpriority Claims

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCT. NO. 378531753041001<br>American Express<br>PO Box 297812<br>Ft. Lauderdale, FL 33329-7812 | NO | | credit card | | 2,655.00 |
| ACCT. NO. 849545023034498<br>AT & T Broadband<br>542 W. 400 S.<br>Lindon, UT 84042 | NO | | services provided | | 227.00 |
| ACCT. NO. 0005981584<br>Backman, Clark & Marsh<br>800 McIntyre Bldg.<br>68 S. Main<br>SLC, UT 84101 | NO | | Collections Crossland Mort.<br>(Notice Only) | | 0.00 |
| ACCT. NO. 7476058713<br>Bank of America<br>PO Box 8000<br>San Antonio, TX 78208 | NO | | Signature Loan | | 4,000.00 |
| ACCT. NO. 5434071100143111<br>Bank of America<br>PO Box 85350<br>Louisville, KY 40285 | NO | | 03-97<br>Charge Card | | 1,860.00 |
| ACCT. NO. 1967041 5<br>Bonneville Billing & Collections<br>PO Box 309<br>Ogden, UT 84402 | NO | | Notice Only | | 0.00 |
| ACCT. NO. CHATWIN/STEFAN<br>Check Mate<br>2146 N. Main #532<br>Layton, UT 84041 | NO | | Check Loan | | 500.00 |
| ACCT. NO. CHATWIN, STEFAN<br>Check Point One<br>445 S. State<br>Clearfield, UT 84015 | NO | | Loan | | 500.00 |
| ACCT. NO. 0005971584<br>Crossland Mort. Corp.<br>3902 S. State St.<br>PO Box 57909<br>SLC, UT 84157 | NO | | Notice Only | | 0.00 |

Subtotal » 9,742.00
(Total of this page)

Amended Schedule F - Page 1 of 3          Johnson & Trease, P.C.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

For Court use only

### AMENDED MATRIX COVER SHEET

CHAPTER ( 7 )   CASE NUMBER  01C-31352    TRUSTEE NONE

DEBTOR NAME  Stefan T. Chatwin

ATTORNEY FOR DEBTOR   Brian D. Johnson        PHONE (801)596-9400

When submitting amended matrix, send matrix with ONLY the amended creditors. When changing debtor's address, please file seperate change of address form.

It is the responsibility of the debtor to notify additional creditors by sending a § 341 notice and/or Discharge Order to the individuals or companies added to the schedules/matrix. A certificate of mailing in regard to this notification should be filed with the Clerk's office (see below). If adding more than eight (8) creditors, DO NOT USE THE SPACE BELOW. Instead, attach a scannable list to this cover sheet rather than beginning the list on this page.

Matrix: Adding ✓    Correcting ____    Deleting ____

1) American Express
   PO Box 297812 ✓
   Ft. Lauderdale, FL 33329-7812

2) AT & T Broadband
   542 W. 400 S.
   Lindon, UT 84042

## CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the foregoing was mailed, postage pre-paid, to creditors of this estate as follows  (Please mark the appropriate line(s)):

✓  § 341 Meeting Notice to creditors add by amendment.    ____ Discharge Notice to creditors added by amendment.

____ Chapter 13 Plan    ____ Proof of Claim Form

DATED:  5-1-02.

ATTORNEY FOR DEBTOR(S)

frm 815

UNITED STATES BANKRUPTCY COURT

District of Utah

Central Division

In re: Stefan T. Chatwin  
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

Case No. 01C-31352

Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with repect to the property of the estate which secures those consumer debts:

   A. Property To Be Surrendered.

| Description of Property | Creditor's name |
|---|---|
| 1. Washer, Dryer, Stereo | Quick Loan |
| 2. Computer | RC Willey |
| 3. 1996 Honda Accord | USAA Federal Savings |

   B. Property To Be Retained.                                  [Check any applicable statement.]

| Description of property | Creditor's name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| 1. NONE | | | | |

Date: 12/27/01

Stefan T. Chatwin, Debtor

Individual Debtor's Statement of Intention - Page 1